BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building and U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
E-mail: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00004-TMB-MMS |
| Plaintiff, | ) ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF |
| vs. | ) | FIREARMS AND AMMUNITION |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| HERMAN JOSEPH BROWN III, | ) | 924(a)(2) |
| | ) | |
| Defendant. | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION: |
| | ) | 18 U.S.C. § 924(d)(1), 28 U.S.C. § |
| | ) | 2461(c), and Rule 32.2(a) |
| | ) | |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about January 23, 2020, in or near Ketchikan, within the District of Alaska,

the defendant, HERMAN JOSEPH BROWN III, having knowingly been convicted of the

following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit:

1. Shotgun, Mossberg, Model: 590, Cal: 12 gauge;

2. 136 rounds of 9mm caliber ammunition;

3. 2,741 rounds of .223 caliber ammunition

4. 115 rounds of .45 ACP caliber ammunition; and

5. 117 rounds of 12 gauge caliber ammunition.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| January 31, 2018 | Misconduct Involving a Controlled Substance in the Third Degree | State of Alaska, First Judicial District, at Ketchikan | 1KE-17-498 CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Information, the defendant, HERMAN JOSEPH BROWN III shall forfeit to the United States pursuant to Title 18 U.S.C. § 924(d)(1), and Title 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including but not limited to:

1. Shotgun, Mossberg, Model: 590, Cal: 12 gauge, S/N U551242;

2. 136 rounds of 9mm caliber ammunition;

U.S. v. BROWN III
1:20-cr-000__-TMB-MMS          Page 2 of 3
Case 1:20-cr-00004-TMB-MMS   Document 1   Filed 07/10/20   Page 2 of 3

3. 2,741 rounds of .223 caliber ammunition

4. 115 rounds of .45 ACP caliber ammunition,

5. 117 rounds of 12 gauge caliber ammunition, and

6. Various unregistered firearms, magazines, and explosive materials.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

RESPECTFULLY submitted on this 10th day of July, 2020, at Juneau, Alaska.

BRYAN SCHRODER
United States Attorney


*s/ Jack Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

U.S. v. BROWN III
1:20-cr-000__-TMB-MMS     Page 3 of 3
Case 1:20-cr-00004-TMB-MMS   Document 1   Filed 07/10/20   Page 3 of 3