BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) No. 1:20-cr-00004-TMB-MMS |
| | ) |
| HERMAN JOSEPH BROWN III, | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) |
| | ) |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

HERMAN JOSEPH BROWN III, who is imprisoned by the State of Alaska

Department of Corrections, at Ketchikan Correctional Center, is a defendant in a certain

cause now pending before this court, to wit: United States of America v. Herman Joseph

Brown III, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a

Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Juneau, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

<div style="margin-left:50%">

BRYAN SCHRODER
United States Attorney

</div>

DATED:    7/10/20               s/ Jack S. Schmidt
                                             JACK S. SCHMIDT
                                             Assistant United States Attorney
                                             United States of America