Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

Counsel for Defendant Herman Joseph Brown, III

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. HERMAN JOSEPH BROWN, III, Defendant. | Case No. 1:20-cr-00004-TMB-MMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA AND CONSENT TO PROCEED VIA VIDEO/TELECONFERENCE AND TO PROCEED BEFORE MAGISTRATE JUDGE** |
|---|---|

Defendant Herman Joseph Brown, III, through counsel, Jane M. Imholte, Assistant Federal Defender, hereby provides notice of his intent to change his plea in this matter pursuant to a written plea agreement. Mr. Brown has been advised of his right to personally appear at the hearing, and waives his right due to the COVID-19 pandemic. Mr. Brown also consents to changing his plea before the Magistrate Judge.

DATED at Anchorage, Alaska this 1st day of October, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 1, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Jane M. Imholte*