BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:20-cr-00004-TMB-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HERMAN JOSEPH BROWN, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE TO COURT OF SUPPLEMENT TO PLEA AGREEMENT**

COMES NOW the United States of America through the undersigned Assistant United

States Attorney and provides this Court with notice of an additional agreement which hereby

supplements the plea agreement in this case.

Because the defendant in this case filed a notice of intent to change plea on or before

October 2, 2020, and has agreed to be sentenced prior to December 31, 2020, the United States

submits that a variance is appropriate based upon the prompt resolution of the defendant's case

and agreement to be sentenced by video or teleconferencing, pursuant to the Section 15002(b) of

the CARES Act, H.R. 748 (March 27, 2020).

Based on the sentencing range calculated by the Court, and assuming compliance with the above deadlines, the United States will recommend a sentence within the new guideline range after a two level variance.

The chief judge has found that guilty pleas and sentencings cannot be conducted in person without seriously jeopardizing public health and safety. The United States submits that there are specific reasons that the plea and sentencing cannot be further delayed without serious harm to the interests of justice, to include the fact that an accumulation of open cases in the District of Alaska would affect the court's system's ability to comply with speedy trial rights of both the United States and defendants in criminal cases.

All other agreements between the parties are contained in the plea agreement filed in this case.

RESPECTFULLY SUBMITTED October 2, 2020, in Juneau, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on October 2, 2020,
a true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/ Jack S. Schmidt
Office of the U.S. Attorney

U.S. v. Brown, III
1:20-cr-00004-TMB-MMS

2