Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

Counsel for Defendant Herman Joseph Brown, III

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>HERMAN JOSEPH BROWN, III,<br><br>      Defendant. | Case No. 1:20-cr-00004-TMB-MMS<br><br>**NOTICE OF ERRATA** |

  Defendant Herman Joseph Brown, III, through counsel, Jane M. Imholte, Assistant Federal Defender, hereby provides this notice to clarify the record. Mr. Brown has already notified the Court of his intent to change plea in this matter,[1] the plea has been filed,[2] the change of plea hearing was held[3] and the plea agreement has been accepted.[4]

  Counsel hereby notifies this Court of his consent to be sentenced remotely by video-teleconference to protect the public's safety. Mr. Brown has been advised of his right to personally appear at the hearing, and waives his right due to the COVID-19 pandemic.

---

[1] Docket No. 5.
[2] Docket No. 6.
[3] Docket No. 20.
[4] Docket No. 23.

DATED at Anchorage, Alaska this 6th day of October, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 6, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*